IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

DAWN LIND,

        Plaintiff,

    v.

FIDELITY NATIONAL TITLE
INSURANCE COMPANY;
DEUTSCHE BANK NATIONAL
TRUST COMPANY, as trustee
for American Home Mortgage
Assets Trust 2006-6,
Mortgage-Backed Pass-Through
Certificates Series 2006-6,,

        Defendants.

Civ. No. 3:13-cv-2200-PA

**JUDGMENT**

---

**PANNER**, District Judge:

    Based on the record, this case is DISMISSED.

    IT IS SO ORDERED.

    DATED this _8_ day of July, 2014.

                            OWEN M. PANNER
                            U.S. DISTRICT JUDGE

1 - JUDGMENT